**\*\* E-filed March 19, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN L. SUSOTT,<br><br>  Plaintiff,<br>  v.<br><br>DANIEL SUSOTT,<br><br>  Defendant.<br>_____/ | No. C12-00581 |
| IN RE THE MATTERS OF THE IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT AND KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, EXEMPT TRUST FBO DANIEL SUSOTT<br>_____/ | No. C12-00597<br><br>**ORDER GRANTING DEFENDANT'S REQUIEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION** |

On March 16, defendant Daniel Susott requested permission for an extension of time to file his opposition to plaintiff Evan Auld-Scott's Motion to Remand. The Opposition was due on March 16, and defendant requested until March 19. Defendant's motion does not comply with the requirements of Civil L. R. 6-3(a). However, plaintiff has stated in his response to the motion that he does not oppose the extension of time.

Accordingly, the motion for an extension of time is GRANTED. Defendant shall file his opposition to plaintiff's motion to remand and serve it on all other parties on March 19, 2012. The defendant is advised to comply with this court's local rules for all future filings.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00581 HRL, C12-00597 HRL Notice will be electronically mailed to:**

Thomas Vogele        tvogele@giminovogele.com
James Stupar         stuparlaw@att.net
John Preston         johnpreston41647@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3